JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GUSTAVO LARA PEREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Respondent. | No. ED CV 12-01675-PSG (VBK)<br><br>JUDGMENT |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: November 14, 2013

　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE